UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:26-01092 ADS Date: July 16, 2026

Title: *Joseph Pumphrey v. New Century Tire, Inc., et al.*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On May 6, 2026, Plaintiff filed a Complaint. (Dkt No. 1.) Plaintiff served Defendants New Century Tire, Inc. and Nishan Baghdikian on May 19, 2026 and June 1, 2026 respectively. (Dkt. Nos. 8, 9.) Defendants' deadlines to file a responsive pleading to the Complaint were June 9, 2026 and June 22, 2026 respectively. (Id.) To date, no responsive pleading has been filed and Plaintiff has not requested entry of default as to either defendant.

Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for lack of prosecution. Plaintiff must file a written response no later than **July 23, 2026.**

Among other appropriate responses, Plaintiff may file a request for entry of default in response to this Order to Show Cause by the above date.

**Plaintiff is expressly warned that failure to timely file a response to this order may result in dismissal of the action**.

**IT IS SO ORDERED.**

Initials of Clerk kh